**MEMO ENDORSED**

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400

**Elizabeth A. Buckel**          Direct Dial: **+1 212 210 1289**          Email: **elizabeth.buckel@alston.com**

March 6, 2023

**VIA ECF**

Chambers of Hon. Nelson S. Román
U.S District Court for the
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *Lurenz v. The Coca-Cola Company et al.*, No. 7:22-cv-10941-NSR

Dear Hon. Nelson S. Román:

    We are counsel for Defendants The Coca-Cola Company and The Simply Orange Juice Company ("Defendants") in the above-referenced action.  I write pursuant to Local Civil Rule 7.1(d) and Paragraph 1.A of Your Honor's Individual Practices in Civil Cases to request a 60-day extension of Defendants' deadline to respond to the complaint.  Plaintiff sent a request for a Waiver of the Service of Summons on January 20, 2023, which Defendants executed on January 23, 2023.  The current deadline for answering or filing a Rule 12 motion is March 21, 2023.  A 60-day extension would extend that deadline to May 22, 2023.

    This is Defendants' first extension request.  Counsel for Plaintiff has consented to this request.  There are presently no scheduled conferences or other pending deadlines in this action.  Defendants request this extension to allow the parties to continue to work together to assess the testing underlying Plaintiff's complaint and to identify any potential opportunities to streamline discovery efforts and the factual investigation into Plaintiff's allegations.

    We thank the Court for its consideration.

Respectfully Submitted,

/s/ Elizabeth Buckel

Elizabeth Buckel

cc:  Counsel of Record (via email)

---

**Defts' request for an extension of time until May 22, 2023 to answer or seek leave to file a Rule 12 motion is GRANTED with Pltf's consent.  Clerk of Court is requested to terminate the motion at ECF No. 10.**

Dated: White Plains, NY
       March 7, 2023

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2023

Alston & Bird LLP                                                                                                                        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.