### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | |
|---|---|
| Joseph LURENZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE COCA-COLA COMPANY and THE SIMPLY ORANGE JUICE COMPANY <br><br> Defendants. | Case No. 7:22-cv-10941-NSR <br><br><br><br><br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF JAMIE S. GEORGE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Jamie S. George hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants The Coca-Cola Company and The Simply Orange Juice Company in the above captioned action.

I am an attorney in good standing of the Bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 19, 2023

Respectfully submitted,

Jamie S. George
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-7183 (Telephone)
404-881-4951 (Facsimile)
Jamie.George@alston.com

*Attorney for Defendants The Coca-Cola Company*
*and The Simply Orange Juice Company*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

| | |
|---|---|
| Joseph LURENZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and THE SIMPLY ORANGE JUICE COMPANY<br><br>Defendant. | Case No. 7:22-cv-10941-NSR<br><br><br><br>**AFFIDAVIT OF JAMIE S. GEORGE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jamie S. George, being duly sworn, do hereby depose and say as follows:

1.       I am an associate with the law firm of Alston & Bird LLP, located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309.  I act as counsel for Defendant The Coca-Cola Company ("Coke") and The Simply Orange Juice Company ("Simply") and make this affidavit in support of the motion for my admission to appear and practice in this Court in the above captioned matter as counsel *Pro Hac Vice* for Defendants The Coca-Cola Company and The Simply Orange Juice Company.

2.       I have never been convicted of a felony.

3.       I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.       There are no disciplinary proceedings against me.

5.       My current certificate of good standing from the Supreme Court of Georgia is attached.

I certify and attest under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made to me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April ___19___, 2023
     Atlanta, GA

Jamie S. George
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
404-881-7183 (Telephone)
404-881-4951 (Facsimile)
Jamie.George@alston.com

Sworn to and subscribed before me this __19th__ day of April, 2023.

NOTARY PUBLIC
Atlanta, GA

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | |
|---|---|
| Joseph LURENZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and THE SIMPLY ORANGE JUICE COMPANY<br><br>Defendant. | Case No. 7:22-cv-10941-NSR<br><br><br><br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF JAMIE S. GEORGE** |

The motion of Jamie S. George for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Georgia and that his contact information is as follows:

> Jamie S. George
> ALSTON & BIRD LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> 404-881-7183 (Telephone)
> 404-881-4951 (Facsimile)
> Jamie.George@alston.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Coca-Cola Company and The Simply Orange Juice Company in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this _____ day of April, 2023

_____

Honorable Nelson S. Roman
Judge, United States District Court



## 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱
## 𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞
### NATHAN DEAL JUDICIAL CENTER
## 𝔄𝔱𝔩𝔞𝔫𝔱𝔞 30334

April 11, 2023

I hereby certify that Jamie S. George, Esq., was admitted on the 9th day of January, 2017, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk