# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Angela M. Spivey**  Direct Dial: **+1 404 881 7857**  Email: **angela.spivey@alston.com**

November 29, 2023

**VIA ECF**

Chambers of Hon. Nelson S. Román
U.S District Court for the
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Lurenz v. The Coca-Cola Company et al.*, No. 7:22-cv-10941-NSR – Notice of Supplemental Authority

Dear Hon. Nelson S. Román:

    I write on behalf of Defendants The Coca-Cola Company and Simply Orange Juice Company in the above-referenced action to notify the Court of a recent decision issued by a court in this District dismissing a putative class action filed by Plaintiff's counsel alleging that the defendants in that action failed to disclose the presence of PFAS in their products: *Esquibel v. Colgate-Palmolive Co.*, No. 23-cv-742 (S.D.N.Y. Nov. 9, 2023) (Swain, J.). A copy of the decision is attached as **Exhibit A**.

                                       Respectfully Submitted,

                                       */s/ Angela M. Spivey*

                                       Angela M. Spivey
                                       Counsel for Defendants

cc: Counsel of Record (via ECF)

Alston & Bird LLP   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.