UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH LURENZ, individually and on behalf of all
others similarly situated,

                      Plaintiff,

      -against-                                22 **CIVIL** 10941 (NSR)

## JUDGMENT

THE COCA-COLA COMPANY and THE SIMPLY
ORANGE JUICE COMPANY,

                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendants' motion to dismiss the Second Amended Complaint is GRANTED and Plaintiff's claims are dismissed with prejudice.; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                              **BY:**
                                                     **Deputy Clerk**